IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 13 PM 5: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

Kamal Patel,

    Plaintiff,

v.

No. 04-2899-D/P

Patrick O'Sullivan, M.D.,
The Neurology Clinic, P.C., and
Two John Doe Insurance Companies,

    Defendants.

## ORDER GRANTING MOTION OF DEFENDANTS PATRICK O'SULLIVAN, M.D. AND THE NEUROLOGY CLINIC, P.C. TO BE EXEMPTED FROM THE REQUIREMENTS OF RULE 26(a) and (f)

This matter came before the Court on the Motion of the Defendants, Patrick O'Sullivan, M.D. and The Neurology Clinic, P.C., to be exempted from the Requirements of Rule 26(a) and (f) of the Federal Rules of Civil Procedure for initial disclosure and meeting requirements. It appearing to the Court that the motion is well taken and should be granted,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Defendants' Motion to be exempted from the Requirements of Rule 26 (a) and (f) is granted.

Entered this __13__ day of __September__, 2005.

Document entered on the docket sheet in compliance
58 and, 79(a) FRCP on _____

*[signature]*

HONORABLE ~~BERNICE B. DONALD~~ Tu M. Pham
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

Submitted by,

BY: *[signature: Tabitha J. McNabb]*

| | |
|---|---|
| William W. Dunlap, Jr. | #7743 |
| Tabitha F. McNabb | #11489 |
| Kannon C. Conway | #23569 |

2700 One Commerce Square
Memphis, TN 38103-2555
Phone: (901) 525-1455
Fax: (901) 526-4084

Attorneys for Patrick O'Sullivan, M.D.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been served on Mr. Kamal Patel, Reg. No. 56496-080, P.O. Box 9000, Forrest City, Arkansas 72336, by mailing a copy, postage prepaid, on this the 12th day of September, 2005.

*[signature: Tabitha J. McNabb]*

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:04-CV-02899 was distributed by fax, mail, or direct printing on September 14, 2005 to the parties listed.

---

Kannon C. Conway
HARRIS SHELTON HANOVER WALSH, PLLC
2700 One Commerce Square
Memphis, TN 38103--255

William W. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Kamal Patel
56496-080
P.O.Box 9000
Forrest City, AR 72336

Tabitha Katherine McNabb
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT