UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 14 PM 6: 08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

KAMAL PATEL,

        Plaintiff,

v.

PATRICK O'SULLIVAN, M.D., et al.,

        Defendants.

Civ No. <u>04-2899-D/P</u>

---

## SCHEDULING ORDER

---

After a review of the pleadings in this case, the court has determined that this order should be entered for the purposes of scheduling dates for the completion of certain pre-trial activities; the following dates are **established as the final dates for:**

**FILING MOTIONS TO JOIN PARTIES:** December 14, 2005

**FILING MOTIONS TO AMEND PLEADINGS:** December 14, 2005

**FILING PRE-TRIAL MOTIONS OF ANY OTHER KIND MAY NOT BE FILED AFTER** March 14, 2006

**COMPLETING ALL DISCOVERY pursuant to Federal Rules of Civil Procedure 26 through 35 and Rule 37:** January 16, 2006

A request has been made for a jury trial. Should this go to trial, the pretrial order date, pretrial conference date, and trial date will be set by the presiding judge.

This order will not be modified except upon showing of good cause.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

_September 14, 2005_
Date

This document entered on the docket sheet in compliance with Rule 58 and/ 79(a) FRCP on _____

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02899 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

Kamal Patel
56496-080
P.O.Box 9000
Forrest City, AR 72336

Kannon C. Conway
HARRIS SHELTON HANOVER WALSH, PLLC
2700 One Commerce Square
Memphis, TN 38103--255

Tabitha Katherine McNabb
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William W. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT