IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.
05 NOV 15 PM 2:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| KAMAL PATEL, | X | |
| Plaintiff, | X | |
| vs. | X | No. 04-2899-D/P |
| PATRICK J. O'SULLIVAN, et al., | X | |
| Defendants. | X | |

### ORDER GRANTING THIRTY DAY EXTENSION

On October 7, 2005, defendants Patrick O'Sullivan and The Neurology Clinic filed a motion for summary judgment and to dismiss plaintiff's complaint.  On October 20, 2005, Plaintiff Kamal Patel, Bureau of Prisons (BOP) inmate registration number 56496-080, file a motion for extension of time to respond to the defendants' motion.  Plaintiff's motion for an extension of time is hereby GRANTED.  Plaintiff shall respond to the defendants' motion within thirty days of the entry of this order upon the docket.

IT IS SO ORDERED this 10th day of November, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11/16/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:04-CV-02899 was distributed by fax, mail, or direct printing on November 16, 2005 to the parties listed.

---

Kamal Patel
56496-080
P.O.Box 9000
Forrest City, AR 72336

Tabitha Katherine McNabb
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William W. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Kannon C. Conway
HARRIS SHELTON HANOVER WALSH, PLLC
2700 One Commerce Square
Memphis, TN 38103--255

Honorable Bernice Donald
US DISTRICT COURT