IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KAMAL PATEL,

    Plaintiff,

vs.                                         No. 04-2899-D/P

PATRICK J. O'SULLIVAN, et al.,

    Defendants.

---

ORDER DENYING SECOND MOTION FOR EXTENSION TO RESPOND
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS MOOT

---

On November 4, 2005, Plaintiff Kamal Patel, Bureau of Prisons (BOP) inmate registration number 56496-080, filed a second motion for extension of time to respond to defendants' motion for summary judgment and to dismiss the complaint. Plaintiff previously had filed a motion for extension on October 20, 2005. The Court granted Plaintiff's first motion for an extension on November 15, 2005, allowing him an additional thirty days to respond. Plaintiff's second motion was filed prior to his receipt of the Court's order granting the extension. The previous thirty day extension is deemed sufficient time for Plaintiff to file a response. Accordingly, the second motion for extension of time to respond to the defendants' motion is DENIED as MOOT.

IT IS SO ORDERED this 8th day of December, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 2:04-CV-02899 was distributed by fax, mail, or direct printing on December 13, 2005 to the parties listed.

---

Kamal Patel
56496-080
P.O.Box 9000
Forrest City, AR 72336

Tabitha Katherine McNabb
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William W. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Kannon C. Conway
HARRIS SHELTON HANOVER WALSH, PLLC
2700 One Commerce Square
Memphis, TN 38103--255

Honorable Bernice Donald
US DISTRICT COURT