IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

KAMAL K. PATEL,

    Plaintiff,

vs.                                Civ. No. 04-2899-D/P

PATRICK O'SULLIVAN, et al.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS DISCOVERY REQUESTS

Before the court is plaintiff's Motion for an Extension of Time to Respond to Defendants Discovery Requests, filed November 22, 2005 (Dkt #23). For good cause shown, plaintiff's motion is GRANTED.

Plaintiff shall respond to defendants' discovery requests within thirty (30) days of the date of this order.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

December 14, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12/15/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02899 was distributed by fax, mail, or direct printing on December 15, 2005 to the parties listed.

---

Kamal Patel
56496-080
P.O.Box 9000
Forrest City, AR 72336

Kannon C. Conway
HARRIS SHELTON HANOVER WALSH, PLLC
2700 One Commerce Square
Memphis, TN 38103--255

Kamal Patel
56496-080
P.O.Box 9000
Forrest City, AR 72336

Tabitha Katherine McNabb
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William W. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Tabitha Katherine McNabb
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William W. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Kannon C. Conway
HARRIS SHELTON HANOVER WALSH, PLLC
2700 One Commerce Square
Memphis, TN 38103--255

Honorable Bernice Donald
US DISTRICT COURT